### ARMSTRONG *v.* SYRACUSE SCREW CO.

*(Circuit Court, N. D. New York.   May, 1883.)*

MARRIED WOMAN—EQUITY ACTION.

 A married woman in New York can maintain an equity action in the United States courts in her own name.

Plea interposed to bill that plaintiff, being a married woman, cannot maintain the action.

*C. W. Smith,* for defendant.

*R. H. & C. H. Duell,* for complainant.

COXE, J.   Upon the authority of *Lorillard* v. *Standard Oil Co.* 18 Blatchf. 199, [S. C. 2 FED. REP. 902,] the plea should be overruled; but with leave to file an answer to the amended complaint within 20 days after notice of this decision.